

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**KIRY K. GRAY**
Clerk of Court

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

August 30, 2016

FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

Los Angeles County Superior Court – Central District
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: __2:16-cv-04914-FMO-AJW__
    Previously Superior Court Case No. __BC621761__
    Case Name: __JULIE STOUT V. INTERNATIONAL BUSINESS MACHINES CORPORATION ET AL__

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on __8/30/2016__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: /s/ Jenny Lam
Deputy Clerk
(Jenny_Lam@cacd.uscourts.gov)
Western Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Date: Sept. 7, 2016

Clerk, Superior Court

By: _[signature]_
Deputy Clerk